October 11, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

TEXAS MUTUAL INSURANCE COMPANY, Appellant

NO. 14-11-00131-CV                              V.

RONALD JERROLS, Appellee
_____

This court today heard a motion for rehearing filed by appellant, TEXAS MUTUAL INSURANCE COMPANY, and a motion for rehearing filed by appellee, RONALD JERROLS.  We order that the motions be overruled, and that this court's former judgment of September 6, 2012, be vacated, set aside, and annulled.  We further order this court's opinion of September 6, 2012, be withdrawn.

This cause, an appeal from the judgment in favor of appellee, RONALD JERROLS, signed February 8, 2011, was heard on the transcript of the record.  We have inspected the record and find error in the judgment.  We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We order each party to pay their own costs incurred in this appeal.  We further order this decision certified below for observance.